**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| IN RE: Nicole R. Apgar | BK NO. 17-00164 RNO |
|---|---|
| Debtor | Chapter 7 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Cenlar FSB as Servicer for Franklin American Mortgage Company, and index same on the master mailing list.

 

    Respectfully submitted,

    **/s/James C Warmbrodt, Esquire**
    James C. Warmbrodt, Esquire
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 627-1322 FAX (215) 627-7734
    Attorney for Movant/Applicant